> Acknowledged.
>
> This matter is hereby dismissed with prejudice.
>
> Date: 10/13/2017
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| **LORI STEPHENSON,** | |
| **Plaintiff,** | |
| v. | Case No. 4:17-cv-00008-SEB-TAB |
| **HOOK-SUPERX, LLC d/b/a CVS,** | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lori Stephenson and Defendant Hook-SupeRx, LLC d/b/a CVS, by and through their undersigned counsel, hereby stipulate, in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), that this matter be dismissed with prejudice, without costs, and waiving all rights of appeal.

Respectfully submitted,                     Respectfully submitted,

/s/ Paul A. Logan                           /s/ Heather A. Pierce
Paul A. Logan (#17661-02)                   Heather A. Pierce (*pro hac vice*)
John H. Haskin (#7576-49)                   Emily L. Connor (#27402-49)

JOHN H. HASKIN & ASSOCIATES                 LITTLER MENDELSON, P.C.
255 North Alabama Street                    One Financial Plaza, Suite 2205
Second Floor                                Providence, RI  02903
Indianapolis, IN 46204                      Telephone:  401.824.2506
Telephone: 317.955.9500                     Facsimile:  401.223.6867
Facsimile:  317.955.2570                    E-mail:  hpierce@littler.com
E-mail:  jhaskin@jhaskinlaw.com
E-mail:  plogan@jhaskinlaw.com              LITTLER MENDELSON, P.C.
                                            111 Monument Circle, Suite 702
*Attorneys for Plaintiff Lori Stephenson*   Indianapolis, IN  46204
                                            Telephone:  317.287.3600
                                            Facsimile:  317.636.0712
                                            E-mail:  econnor@littler.com

                                            *Attorney for Defendant Hook-SupeRx, LLC d/b/a CVS*